## City of Chicago, Appellee, v. Melvin Bernstein, Appellant.

### Gen. No. 44,414.

opinion filed May 10, 1949; released for publication June 3, 1949. Milton T. Raynor, for appellant; Alphonse Cerza, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.